UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron J. Curry,

    Plaintiff,

v.                                          Case No. 17-cv-4345 (JNE/FLN)
                                                   ORDER
Officer Ketchmark Zakari and Officer
Jeremy Brodin,

    Defendants.

In a Report and Recommendation dated December 15, 2017, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Aaron Curry's application to proceed in forma pauperis be denied and that this action be dismissed without prejudice. No objection to the Report and Recommendation [Docket No. 6] has been received. The Court accepts the recommended disposition. Therefore, IT IS ORDERED THAT:

1.     Aaron Curry's application to proceed in forma pauperis [Docket No. 2] is DENIED.

2.     This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 16, 2018

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge